**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Rondell Leon Blair** **Case No. 26-13017-SDM**
**LaTonja Marie Fox Blair, Debtors** **CHAPTER 13**

**MOTION TO INCUR NEW DEBT**

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 08/20/2026.
2. Debtors are paying approximately 100% to General Unsecured Debts through the plan.
3. Debtors have surrendered the 2018 Nissan Armada.
4. Debtors wish to borrow up to $20,000.00 to purchase a vehicle with an interest rate not to exceed 20.00% and a monthly payment no greater than $550.00. Debtors will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the NORTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.