**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO:**

RONDELL AND LATONJA BLAIR 26-13017-SDM

# TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW Trustee, Todd S. Johns, and files this his Objection to Confirmation of the Debtor's Chapter 13 plan, and in support of same, would show unto the Court the following:

1. The Debtor filed a Chapter 13 petition on August 20, 2026; a 341a meeting of creditors was held on September 28, 2026.
2. The Debtor's plan does not comply with the provisions of this Chapter and other applicable provisions of Title 11 pursuant to 11 U.S.C. 1321(a)(1).
3. Republic Finance has filed a secured claim on a 2010 Dodge, but the plan makes no provision to paying same.
4. The IRS has filed a proof of claim in the priority amount of $31,148.52, showing thereon that no tax return has been filed for 2024.
5. Other grounds to be shown at the hearing hereon.
6. The Trustee would object to any modified plan which may be filed hereafter.
7. Confirmation should be denied and this case dismissed.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Objection be filed, and at the hearing hereon, confirmation be denied, this case dismissed, and for such other, further, and general relief to which the Trustee and this bankrupt estate may be entitled.

DATED: October 2, 2026. RESPECTFULLY SUBMITTED:

__________________________________
/S/ TODD S. JOHNS, MSB#9587
CHAPTER 13 TRUSTEE
PO BOX 1326, BRANDON MS 39043-1326
601-825-7663; tjohns13ecf@ch13mstrustee.com

## CERTIFICATE OF SERVICE

I, Todd S. Johns, do hereby certify that I have this day filed the foregoing with the Clerk of Court using the CM/ECF system, and I further certify that I served a true and correct copy of same, either electronically or via United States Mail, postage prepaid, to the UNITED STATES TRUSTEE and to the following:

M/M RONDELL BLAIR
333 GUYTON CIRCLE
WEST POINT, MS 39773

Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

DATED: October 2, 2026. __________________________________
/S/ TODD S. JOHNS