**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

In re: Case No.: 26-13017-SDM

Rondell Leon Blair and LaTonja Marie Fox Blair, Chapter: 13

Debtors.

**OBJECTION OF SANTANDER CONSUMER USA INC. TO**
**CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

Santander Consumer USA Inc. dba Chrysler Capital ("Movant"), a secured creditor herein, by and through its undersigned attorney, files its objection to confirmation of the proposed plan and states as follows:

1. On August 20, 2026, Rondell Leon Blair and LaTonja Marie Fox Blair (the "Debtors") filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code (the "Petition Date").

2. This Court has jurisdiction of the parties and the subject matter pursuant to 28 U.S.C. §§157, 1334 and 11 U.S.C. § 1324.

3. On July 26, 2024, Debtors executed and delivered that certain Retail Installment Sale Contract (the "Note"), which was assigned to MOVANT, for that 2022 Nissan Sentra bearing Vehicle Identification Number 3N1AB8DV4NY296174 (the "Collateral"). A true and correct copy of the Note is attached hereto as **Exhibit "A."**

4. In order to secure its purchase money security interest evidenced by the Note, Movant recorded its lien by notating the Title (the "Title"), a true and correct copy of which is attached hereto as **Exhibit "B."**

5. On August 20, 2026, the Debtors filed a Chapter 13 Plan (Dkt. 9) (the "Plan").

6. Movant has a 910 claim in the amount of $16,430.45, filed in this matter as Claim 1-1 ("MOVANT'S CLAIM").

7. The Plan incorrectly classifies and values Movant's Claim; however, the Plan fails to provide for the proper treatment of Movant's Claim based on the fact that the Plan does not provide adequate assurance of lien retention as to the Collateral.

8. The Plan has not been accepted by Movant pursuant to 11 U.S.C. § 1325(a)(5)(A).

9. Movant demands that the Plan be amended to include the following language: "Santander Consumer USA Inc. dba Chrysler Capital's lien shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328."

WHEREFORE, Movant requests this Court to deny confirmation of the Plan and for such further relief as this Court deems appropriate.

Dated this 7th day of October, 2026.

*/s/ Christopher D. Meyer*
Christopher D. Meyer, Esq. (MSB 103467)
*Attorney for Santander Consumer USA Inc.*
*dba Chrysler Capital*

**OF COUNSEL:**
Womble Bond Dickinson (US) LLP
1222 Demonbreun, Suite 1201
Nashville, TN 37203
Telephone: (629) 312-1840
chris.meyer@wbd-us.com

**CERTIFICATE OF SERVICE**

HEREBY CERTIFY that a copy of the foregoing has been served on this 7th day of October, 2026, either by electronic transmission or by United States first class mail postage prepaid to the following:

**Debtors:**
Rondell Leon Blair and LaTonja Marie Fox Blair
333 Guyton Cir
West Point, MS 39773

**Counsel for the Debtors:**
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

**Trustee:**
Todd S. Johns
PO Box 1326
Brandon, MS 39043

**U.S. Trustee:**
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

*/s/ Christopher D. Meyer*
OF COUNSEL