# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 3N1AB8DV4NY296174 | NISS | 2022 | SENTRA | SD | | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 09/04/2024 | | 4 | USED | PC | 35515 ACTUAL |

**OWNER(S)**

BLAIR, LATONJA OR RONDELL
333 GUYTON CIR
WEST POINT MS 39773-5086

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

CHRYSLER CAPITAL
P O BOX 961272
FORT WORTH TX 76161

**DATE:** 07/26/2024

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

CHRYSLER CAPITAL
P O BOX 961272
FORT WORTH TX 76161

**LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.**

**1ST LIEN** ______________________ (LIENHOLDER) **BY** ______________________ (SIGNATURE AND TITLE)

**THIS** __________ **DAY OF** __________ **20**____

**2ND LIEN** ______________________ (LIENHOLDER) **BY** ______________________ (SIGNATURE AND TITLE)

**THIS** __________ **DAY OF** __________ **20**____

**IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS**

**THE** 4TH **DAY OF** SEPTEMBER **20**24

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

**MISSISSIPPI DEPARTMENT OF REVENUE**

**VOID IF ALTERED**