**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

# CLERK'S NOTICE OF BNC SERVICE ISSUE

**YOU ARE HEREBY NOTIFIED** that the docket entry linked to this Notice is a Hearing Notice and/or a Notice of a Response Deadline that the Clerk's Office normally serves through the Bankruptcy Noticing Center ("BNC").

While it is the responsibility of the movant, not the Clerk's Office, to ascertain the names and addresses of the parties to be served, the Clerk's Office is providing the information below due to the BNC service interruption.

- **Unrepresented Creditors and Interested Parties** – If service upon an unrepresented creditor or interested party is required, you are responsible for serving the Notice of Hearing and/or Response Deadline linked to this Notice. These parties will not receive any such Notice issued by the Clerk's Office until the BNC service interruption is resolved. Be advised that the absence of proof of service may prevent timely consideration of proposed default orders.

- **Registered Attorneys, Trustees, and U.S. Trustee** – These parties will continue to receive a Notice of Electronic Filing (NEF). The movant is not required to perform additional service of the Notice of Hearing and/or Response Deadline outside of CM/ECF for any of these parties if they were parties to the case at the time this Notice was issued and received the NEF for the Notice of Hearing and/or Response Deadline.

- **Debtor(s)** – No additional service of the Notice of Hearing and/or Response Deadline is required for debtor(s). A standing order recently issued by the Court designates the debtor's attorney (or the Clerk's Office if the debtor is unrepresented) to provide such notice to debtor(s).

Shallanda J. Clay, Clerk
U. S. Bankruptcy Court
703 Hwy. 145 North
Aberdeen, MS 39730
Telephone: (662) 369-2596