**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

In re: Case No.: 26-13017-SDM

Rondell Leon Blair and LaTonja Marie Fox Blair, Chapter: 13

Debtors.

**AGREED ORDER ON OBJECTION OF SANTANDER CONSUMER USA INC.**
**TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

The Court has before it Creditor Santander Consumer USA Inc. dba Chrysler Capital's ("SCUSA") Objection to Confirmation of Debtors' Chapter 13 plan (Dkt. # 23) set for hearing on November 3, 2026. The parties have announced settlement and request the Court to approve same. The Court finds SCUSA 's Objection to Confirmation of Debtors' Chapter 13 Plan (Dkt. # 23) is SUSTAINED in part as set forth herein.

SCUSA's Claim related 2022 Nissan Sentra bearing Vehicle Identification Number 3N1AB8DV4NY296174 (the "'Collateral") [Claim 1] shall be paid in full pursuant to SCUSA's Proof of Claim, with 8.5% interest. Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

This lien retention language shall apply to Debtors' current Chapter 13 Plan, and any amendment or modification thereof.

**##END OF ORDER##**

*/s/ Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr.
*Attorney for Debtors*

*/s/ Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Santander Consumer*
*USA Inc. dba Chrysler Capital*

*/s/ Jeffrey K. Tyree*
Attorney for Todd S. Johns
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
Womble Bond Dickinson (US) LLP
1222 Demonbreun, Suite 1201
Nashville, TN 37203
Telephone: (629) 312-1840
chris.meyer@wbd-us.com