**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

In re: Case No.: 26-13017-SDM

Rondell Leon Blair and LaTonja Marie Fox Blair, Chapter: 13

Debtors.

**AGREED ORDER ON OBJECTION OF SANTANDER CONSUMER USA INC.**
**<u>TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN</u>**

The Court has before it Creditor Santander Consumer USA Inc. dba Chrysler Capital's ("SCUSA") Objection to Confirmation of Debtors' Chapter 13 plan (Dkt. # 23) set for hearing on November 3, 2026. The parties have announced settlement and request the Court to approve same. The Court finds SCUSA 's Objection to Confirmation of Debtors' Chapter 13 Plan (Dkt. # 23) is SUSTAINED in part as set forth herein.

SCUSA's Claim related 2022 Nissan Sentra bearing Vehicle Identification Number 3N1AB8DV4NY296174 (the "'Collateral") [Claim 1] shall be paid in full pursuant to SCUSA's Proof of Claim, with 8.5% interest. Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

This lien retention language shall apply to Debtors' current Chapter 13 Plan, and any amendment or modification thereof.

**##END OF ORDER##**

*/s/ Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr.
*Attorney for Debtors*

*/s/ Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Santander Consumer USA Inc. dba Chrysler Capital*

*/s/ Jeffrey K. Tyree*
Attorney for Todd S. Johns
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
Womble Bond Dickinson (US) LLP
1222 Demonbreun, Suite 1201
Nashville, TN 37203
Telephone: (629) 312-1840
chris.meyer@wbd-us.com

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-13017-SDM
Rondell Leon Blair Chapter 13
LaTonja Marie Fox Blair
Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Nov 02, 2026 Form ID: pdf0003 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rondell Leon Blair, LaTonja Marie Fox Blair, 333 Guyton Cir, West Point, MS 39773-5086 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D. Meyer | on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital chris.meyer@wbd-us.com |
| Natalie K. Brown | on behalf of Creditor Hope Federal Credit Union nbrown@rlselaw.com lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Rondell Leon Blair trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email;perry@therollinsfirm.com |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor LaTonja Marie Fox Blair trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email;perry@therollinsfirm.com |

| | |
|---|---|
| Todd S. Johns | on behalf of Trustee Todd S. Johns vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| Todd S. Johns | vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 7