**Fill in this information to identify the case:**

Debtor 1 Rondell Leon Blair

Debtor 2 LaTonja Marie Fox Blair
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Mississippi

Case number 26-13017-SDM

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** **Hope Federal Credit Union**

**Court claim no.** (if known): **11**

**Last 4 digits** of any number you use to identify the debtor's account: **4306**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 10/29/2026 - Proof of Claim ($350.00) | (5) | $350.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |

| | | |
|---|---|---|
| 8. Tax advances (non-escrow) | ____________ | (8) $______ |
| 9. Insurance advances (non-escrow) | ____________ | (9) $______ |
| 10. Property preservation expenses. Specify: __________ | ____________ | (10) $______ |
| 11. Other. Specify: ____________ | ____________ | (11) $______ |
| 12. Other. Specify: ____________ | ____________ | (12) $______ |
| 13. Other. Specify: ____________ | ____________ | (13) $______ |
| 14. Other. Specify: ____________ | ____________ | (14) $______ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*X* /s/ Natalie Brown Date 11/06/26
Signature

Print: Natalie Brown Title Attorney for Creditor
First Name Middle Name Last Name

Company Rubin Lublin, LLC

Address 3145 Avalon Ridge Place, Suite 100
Number Street
Peachtree Corners, GA 30071
City State ZIP Code

Contact phone (877) 813-0992 Email nbrown@rlselaw.com

# UNITED STATES BANKRUPTCY COURT

## Notice to Borrower

Upon written request, you are entitled to the following information:

A. A copy of your payment history from the period the mortgage loan was last less than 60 days delinquent to present
B. A copy of the promissory note or lost note affidavit where applicable
C. The name of the investor that holds the loan
D. If we have initiated foreclosure or filed a Proof of Claim, you may obtain copies of any assignments of mortgage or deed of trust required to demonstrate our right to foreclosure under applicable state law.

To obtain this information, submit a written request to:

Borrower Information Requests
Hope Federal Credit Union
Attention Bankruptcy
1 Corporate Drive, Ste 360
Lake Zurich, IL 60047

CERTIFICATE OF SERVICE

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges to be served by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Rondell Leon Blair
333 Guyton Cir
West Point, MS 39773

LaTonja Marie Fox Blair
333 Guyton Cir
West Point, MS 39773

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Todd S. Johns
Todd S. Johns, Chapter 13 Trustee
PO Box 1326
Brandon, MS 39043

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Executed on: 11/06/26

By: /s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor