**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** | **CHAPTER 13 NO:**

RONDELL AND LATONJA BLAIR | 26-13017-SDM

## ORDER

THIS CAUSE came on for consideration on the Trustee's Objection to Confirmation, and the Court, being advised in the premises, does hereby find and Order as follows:

THAT, the Trustee's Objection (DKT. 19) is withdrawn.

###END OF ORDER###

SUBMITTED BY:
/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON, MS 39043
601-825-7663; attorney.tyree@ch13mstrustee.com